RECEIVED
AND FILED

MAR 16 2022

IN THE CIRCUIT COURT OF ADAMS COUNTY, MISSISSIPPI
EVA J. GIVENS, CIRCUIT CLERK
BY PLAINTIFF ~~~~~ BHD D.C.

JUSTIN WILLIAMS

VS.

CAUSE NO. 22-KV-0024-B

AL-VAN, LLC AND JOHN DOE CONCRETE
COMPANY

DEFENDANTS

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Justin Williams, through counsel and files this
his Complaint for Damages against the Al-Van, LLC and John Doe Concrete
Company, the Defendants herein, and Plaintiff would state as follows:

## NATURE OF CASE

This is a tort civil action for personal injuries arising out of a vehicular
collision in Adams County, Mississippi on March 19, 2019. The collision involved
one (1) commercial vehicle on the parking lot of Al-Van, LLC's place of business.
Plaintiff alleges that the Defendants wholly caused the accident in question.

## PARTIES

1. Justin Williams is an adult resident citizen of Natchez, Adams County,
   Mississippi.

2. Al-Van, LLC, (hereafter "Al-Van") is a limited liability corporation
   operating in the State of Mississippi, but with a principal place of
   business at 12224 Montague Street, Pacoima, California.  It can be served


EXHIBIT
A

with process at Lucien C. Gwinn, 319 Market Street, Natchez,

Mississippi 39121.

3. John Doe Concrete Company is believed to be a Mississippi based

company, but whose actual name and location are unknown at this time.

## VENUE

4. Venue is proper in Adams County, Mississippi pursuant to Miss. Code

Ann: §11-11-3 (Rev. 2004) because a substantial act or event that caused

the injury occurred in said county.

## BRIEF SUMMARY OF FACTS

5. On March 19, 2019, the Plaintiff, at all times complained of herein, was a

rear passenger on a waste disposal truck which was lawfully traveling

onto the parking lot of Seven Star Service Station located at 517 Hwy 61

North in Adams County, Mississippi, when the ground suddenly

separated creating a huge hole. As a consequence, the vehicle on which

Plaintiff was traveling, collapsed into the hole.

6. At all times complained of herein, Defendant Al-Van owned Seven Star,

a commercial establishment in question in the City of Natchez,

Mississippi. However, Defendant John Doe Concrete Company provided

and installed the concrete foundation which separated. That the separation was proximately caused by the Defendants whose conduct caused Plaintiff's vehicle to suddenly, recklessly, negligently and without any warning collapse into the earth and cause injuries to the Plaintiff.

7. Plaintiff, as a direct consequence of the Defendants' unlawful actions, sustained, *inter alia*, injuries to his head, back and spine. Plaintiff, further, suffered intense pain, severe shock, and mental anguish. As·a proximate consequence of Defendants' actions, Plaintiff sought medical attention and incurred medically necessary expenses.

## NEGLIGENCE OF THE PARTIES

8. That the Defendants were negligent and grossly negligent in the following ways:

A). They failed to perform proper testing of the property for resistivity areas which would indicated air-filled voids before the concrete was poured;

B). They failed to properly and timely inspect any depression and/or cracking of the concrete where the property separated after the foundation work was completed; and

C).They failed, otherwise, to utilize proper testing as required in the industry to test for potential sinkholes and/or failed to apply, pour, and

construct a structurally sound surface parking lot based upon the engineering requirements for said project.

## DAMAGES

9. As a proximate result of the negligence alleged above, the Plaintiff, Justin Williams, suffered damages, including but not limited to, past pain, suffering and mental anguish, accrued medical expenses, lost earnings, and other damages to be proven at trial. Plaintiff, Justin Williams, reasonably anticipates future damages, proximately caused by said negligence of Defendants, including future medical expenses, future pain, suffering and mental anguish, future lost earnings, permanent physical impairment, permanent disfigurement, future travel expenses, and other damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court upon reviewing the Complaint and having a hearing upon this matter will award compensatory damages (including hedonic damages) to the Plaintiff due to the negligence, gross negligence, and the reckless behavior of the Defendants. Plaintiff, further, prays for punitive damages, costs of court, and statutory fees where applicable. Plaintiff, finally, prays for trial by jury and such other relief that is just and proper in the premises.

RESPECTFULLY SUBMITTED this the 15th day of March, 2022.

JUSTIN WILLIAMS, PLAINTIFF

BY: _____

SANFORD KNOTT, MSB #8477
ATTORNEY FOR PLAINTIFF
Sanford Knott & Associates, P.A.
425 South State Street
Jackson, Mississippi 39205
Phone: (601) 355-2000
Facsimile: (601) 355-2600

AGE 3/4 × RCVD AT 3/21/2019 12:22:43 PM [Eastern Daylight Time] × SVR:ERGFAXBRD2/2 × DNIS:2138 × CSID: × ANI:6014442S487 × DURATION (mm-ss):02-59

# Natchez Police Department

233 Devereaux Dr, Natchez, MS 39120

## Offense / Incident Report

| Report Date<br>03/19/2019 1435 | Type of Incident<br>INTELLIGENCE REPORT | | | | | Complaint No.<br>2019-000976 | | Case Status<br>CLEARED CIVIL | |

| Drivers License<br>801736833 | Type<br>CDL | State<br>MS · | Expires | Restrictions<br>NONE | Marital Status | Resident Status<br>R | | Ethnicity<br>N | Language |

| Name (Last, First Middle Suffix)<br>BATES, JERRY JAMAL | Other Type | | Race<br>B | Sex<br>M | DOB<br>01/01/1991 | Age<br>28 | Juvenile<br>N | SSN | Moniker |

| Type | Street Address | | City | | | State | Zip Code | Country |
| | 604 OLD WASHINGTON RD. | | NATCHEZ | | | MS | 39120 | USA |

| Type | Phone | Ext/PIN | | Type | | Email Address | |
| CELL | (601) 807-0147 · | | | | | | |

| Drivers License | Type | State | Expires | Restrictions | Marital Status | Resident Status<br>R | | Ethnicity<br>N | Language |

| Name (Last, First Middle Suffix)<br>WILLIAMS, JUSTIN | Other Type | | Race<br>B | Sex<br>M | DOB<br>10/28/1991 | Age<br>27 | Juvenile<br>N | SSN | Moniker |

| Type | Street Address | | City | | | State | Zip Code | Country |
| | 506 BROOKLYN DR. | | NATCHEZ | | | MS | 39120 | USA |

| Type | Phone | Ext/PIN | | Type | | Email Address | |
| CELL | (281) 851-8756 | | | | | | |

| Drivers License | Type | State | Expires | Restrictions | Marital Status | Resident Status<br>R | | Ethnicity<br>N | Language |

| Veh. Year<br>19 | Make<br>FREIGHTLINER | | Model | | | Veh Style<br>SEMI TRUCK | | VIN | |
| Tag<br>H36 10082 | Tag Year<br>19 | Tag Month<br>05 | Veh Color-Top<br>WHITE | Veh Color-Bottom<br>WHITE | Veh Type<br>CO | | | Veh Value<br>53,000.00 | Veh Status<br>DAMAGED |

| Name<br>ADSI, | Phone | Ext. | EMail | | | | |
| Street No. | Dir | Street/Rt | | Apt/Suite | City | | St. | Zip |

| | ☐ Stolen | ☐ Impounded | ☐ Towed | ☐ Recovered | ☐ Recovered Non-Locally |

| Reporting Officer | 2533 | JOHN FINLEY | | Approving Officer ( I ) | 2551 | DEVIN WHITE |
| | | | | ( Cover Pages Only ) | | |
| Approving Officer ( II ) | 1516 | SCOTT FRYE | | Approving Officer ( III ) | | |
| ( Cover Pages Only ) | | | | ( Cover Pages Only ) | | |

Page   2   of   3                           Printed   03/21/2019 1420

© 1994 - 2016 Omnixo Software St. Louis MO  omnixo.com

*May 31*
*10:00 am — none*
*June 7: 1:00 — Jeff*

IN THE CIRCUIT COURT OF ADAMS COUNTY, MISSISSIPPI

JUSTIN WILLIAMS                                                    PLAINTIFF

VS.                                               CAUSE NO. 2022-KV-0024-B

AL-VAN, LLC AND JOHN DOE CONCRETE
COMPANY                                                          DEFENDANTS

## SUMMONS

### THE STATE OF MISSISSIPPI
### COUNTY OF ADAMS

TO:   Lucien C. Gwinn
      Al-Van, LLC
      319 Market Street,
      Natchez, Mississippi 39121

### NOTICE TO DEFENDANT

**The complaint which is attached to this summons is important and you must take immediate action to protect your rights.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Sanford Knott & Associates, P.A. whose address is Post Office Box 1208, Jackson, Mississippi 39215-1208. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with Clerk of this Court within a reasonable time afterward.

ISSUED under my hand and the seal of said Court, this 31 day of March, 2022.

                            EVA GIVENS
                ADAMS COUNTY CIRCUIT CLERK
                     115 S. WALL STREET
                 NATCHEZ, MISSISSIPPI 39120

                By: Diann Goodman D.C.



2140239